UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
-------------------------------------------------------------x
In re:

       1568A PROSPECT PLACE INC.

                                      Case No. 1-19-47298-ess

                                      Chapter 11

            Debtor in Possession
-------------------------------------------------------------x

## **ATTORNEY AFFIRMATION**

       Ehsanul Habib, Esq. undersigned attorney for the debtor herein, swears as follows:

1.    Debtor filed a petition under chapter 11 of the Bankruptcy Code on December 04, 2019.

2.    Filed herewith is an amendment to Schedules E and F (Internal Revenue Service, New York State Dept of Taxation and Finance and ConEdison) previously filed herein.

3.    Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected lists, schedules or statements. The nature of the change is indicated for each creditor or item listed.

4.    An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: January 2, 2020
Forest Hills, New York

                                                            /s/ Ehsanul Habib
                                                             Ehsanul Habib