UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
-------------------------------------------------------------x
In re:

    1568A PROSPECT PLACE INC.

Case No. 1-19-47298-ess

Chapter 11

Debtor in Possession
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    The undersigned, a member in good standing of the Bar of this Court, hereby certifies that on January 2, 2020, served a copy of the amended Summary of Assets, Schedules E and F, declaration concerning debtor's schedule, Attorney Affirmation, notice of chapter 11 bankruptcy case, meeting of creditors & deadlines, a true copy thereof, properly enclosed in a securely closed and duly post-paid wrapper in a depository regularly maintained by the U.S Postal Service in the City of Forest Hills, New York, directed as follows:

Office of the US Trustee
201 Varick Street
Suite 1006
New York, NY 10014

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101

New York State Dept. of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205

Consolidated Edison Co. Attn: Bankruptcy Group
4 Irving Place
Room 1875-S
New York, NY 10003

                                                    /s/ Ehsanul Habib
                                                    Ehsanul Habib