R. Ariel Poltielov, Esq.　　　　**POLTIELOV & HABIB, LLP**　　　　118-21 Queens Blvd. Suite 603
Ehsanul Habib, Esq.　　　　　　ATTORNEYS & COUNSELORS AT LAW　　　　Forest Hills, NY 11375
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: 718-520-0085
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 718-520-0155
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ariel@FBLawyersNY.com

www.ForeclosureBankruptcyLawyers.com

**February 26, 2020**

VIA ECF

Chamber of the Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201

　　　　Re:　　Debtor:　　1568A Prospect Place, Inc
　　　　　　　　Case No.　　19-47298
　　　　　　　　Papers:　　Application to Employ and Motion to Set Bar Date
　　　　　　　　Hearing:　　February 27, 2020, at 10:00 a.m

Honorable Madam:

　　I would like to withdraw the motion to employ Poltielov & Habib LLP and to set bar date scheduled on the calendar for hearing February 27, 2020 at 10 a.m. bearing docket numbers 12 and 13, respectively. In lieu of the foregoing motions with hearing date I will submit application with proposed order. For this reason both motions are hereby withdrawn.

　　Thanking you for your consideration with this matter.

　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　/s/ Ehsanul Habib
　　　　　　　　　　　　　　　　　　　　Ehsanul Habib, Esq.